FILED
IN OPEN COURT
APR 2 1 2017
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 1:17-CR-2 |
| ) | |
| SCOTT FLANDERS, ) | |
| ) | |
| Defendant. ) | |

## CONSENT ORDER OF FORFEITURE

WHEREAS, on January 18, 2017, Defendant Scott Flanders pleaded guilty to a single count criminal information charging the defendant with false statement in bankruptcy, in violation of Title 18, United States Code, Section 152, and pursuant to the defendant's plea, the defendant agreed to forfeit all of the defendant's interests in the property that is the subject of this order of forfeiture, and to the entry of an order of forfeiture concerning such property;

AND WHEREAS, the defendant agrees to waive the provisions of Federal Rules of Criminal Procedure 11(b)(1)(J), 32.2(a), 32.2(b)(4) and 43(a) with respect to discussion of forfeiture at the plea colloquy, notice of forfeiture in the charging instrument, and announcement of the forfeiture at sentencing and incorporation of the forfeiture in the judgment;

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. The defendant forfeits to the United States the sum of $20,400 in the form of a money judgment representing the proceeds that the defendant obtained, directly or indirectly, from the violation to which the defendant pled guilty, pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(b)(2).

2. This forfeiture order is final as to the defendant, pursuant to Fed. R. Crim. P. 32.2(b)(4)(A).

3. The United States may take steps to collect said judgment by all available means, including but not limited to the forfeiture of property that is traceable to the proceeds of the offense or the forfeiture of property that is a substitute therefor.

4. Because the forfeiture consists of a money judgment, no ancillary proceeding is necessary as directed by Fed. R. Crim. P. 32.2(c)(1).

/s/ _____
Leonie M. Brinkema
United States District Judge

Date: April 21, 2017
Alexandria, Virginia

WE ASK FOR THIS:

For the United States of America, plaintiff

Dana J. Boente
United States Attorney

By: _____
Jack Hanly
Assistant United States Attorney

For Scott Flanders, Defendant

_____
Scott Flanders
Defendant

_____
Kenneth L. Wainstein
A. Joseph Jay, III
Counsel for the Defendant